Troy Alan GRAM, Appellant,

v.

NEWTON POLICE DEPARTMENT;
Jasper County Jail; Gerald
Fierheil, Defendants,

Jeff Hoebelheinrich, Appellee,

Rick Eilander; Carla Doe; Sean
Doe; Jody Doe; R. Steven
Johnson, Defendants,

City of Newton, Iowa, Appellee.

No. 00–1976.

United States Court of Appeals,
Eighth Circuit.

Submitted March 28, 2001.

Decided March 30, 2001.

Before BOWMAN, BEAM, and
LOKEN, Circuit Judges.

PER CURIAM.

Troy Gram appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. The district court determined that Gram's action, based on events surrounding his February 1997 arrest, was barred by a release of liability which Gram had signed in exchange for the reduction of criminal charges against him. Upon de novo review, *see Larson v. City of Fergus Falls,* 229 F.3d 692, 696 (8th Cir.2000), we agree with the district court that the release was enforceable because Gram voluntarily agreed to it, there was no prosecutorial overreaching, and public interests were not adversely affected, *see Woods v. Rhodes,* 994 F.2d 494, 499 (8th Cir.1993).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The HONORABLE CHARLES R. WOLLE, United States District Judge for the Southern District of Iowa.